Hillsborough
No. 82-019

THE STATE OF NEW HAMPSHIRE

v.

EDWIN W. PAGE, II

June 11, 1982

*Gregory H. Smith,* attorney general (*Michael A. Pignatelli,* assistant attorney general, on the brief), by brief for the State.

*James E. Duggan,* of Concord, appellate defender, by brief for the defendant.

### MEMORANDUM OPINION

Defendant asserts that this court erred in the case of *Novosel v. Helgemoe,* 118 N.H. 115, 384 A.2d 124 (1978), when it concluded that sanity should not be treated as an element of crime to be proved by the State beyond a reasonable doubt, but that insanity should be an affirmative defense to be proved by the defendant by a preponderance of the evidence. *Id.* at 126–27, 384 A.2d at 130–31. The jury in this case found the defendant to be sane and convicted him of kidnapping and aggravated felonious sexual assault. After sentencing by *Contas,* J., defendant brought this appeal, asserting that only the legislature could make the insanity defense an affirmative one.

We see no reason to reexamine our holding in *Novosel.*

*Affirmed.*